ACCEPTED
03-14-00413-CR
4717955
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/31/2015 5:08:46 PM
JEFFREY D. KYLE
CLERK



**TONYA SPAETH AHLSCHWEDE**
District Attorney
452nd Judicial District
EDWARDS - KIMBLE - MASON - MENARD - McCULLOCH COUNTIES
PO Box 635
Mason, Texas 76856
325-347-8400
Facsimile: 325-347-8404
tsa@452da.net

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/31/2015 5:08:46 PM
JEFFREY D. KYLE
Clerk

March 31, 2015

Court of Appeals
Third District of Texas
PO Box 12547
Austin, Texas 78711

RE: Court of Appeals Number 03-14-00413-CR
     Trial Court Case Number: 5797

Dear Mr. Kyle:

This letter is to confirm that our office is prepared to argue this case on April 9, 2015, at 8:30 a.m. in San Angelo. Assistant District Attorney Steve Lupton will be handling the oral arguments.

Please let me know if you need any additional information.  Thanks you.

                         Sincerely,

                         /s/ Tonya Spaeth Ahlschwede
                         Tonya Spaeth Ahlschwede
                         452nd Judicial District Attorney